IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 15-07509/BKT |
| ANGEL YAMIL PUIG CABALLERO | CHAPTER 13 |
| DEBTOR | |

DEBTOR'S NOTICE OF FILING OF
AMENDED SCHEDULE "J"

**TO THE HONORABLE COURT:**

**NOW COMES, ANGEL YAMIL PUIG CABALLERO**, debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. Debtor is hereby submitting **Amended Schedule "J"**, dated October 31, 2015, herewith and attached to this motion.

2. These amendment to Schedule "J" is filed to include debtor's dependents.

NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)

Within thirty (30) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

Page -2-
Notice of Amended Schedules "J"
Case no. 15-07509/BKT13

## CERTIFICATE OF SERVICE

**I CERTIFY**, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 31st day of October, 2015.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726
TEL 787-744-7699/FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

Fill in this information to identify your case:

Debtor 1: **ANGEL YAMIL PUIG CABALLERO**
First Name / Middle Name / Last Name

Debtor 2 (Spouse, if filing): First Name / Middle Name / Last Name

United States Bankruptcy Court for the: District of Puerto Rico

Case number (If known): **3:15-bk-7509**

Check if this is:

☑ An amended filing
☐ A supplement showing post-petition chapter 13 expenses as of the following date:
___ MM / DD / YYYY
☐ A separate filing for Debtor 2 because Debtor 2 maintains a separate household

Official Form 6J

# Schedule J: Your Expenses          12/13

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Your Household

1. Is this a joint case?

    ☑ No. Go to line 2.
    ☐ Yes. Does Debtor 2 live in a separate household?
       ☐ No
       ☐ Yes. Debtor 2 must file a separate Schedule J.

2. Do you have dependents?

    Do not list Debtor 1 and Debtor 2.
    Do not state the dependents' names.

    ☐ No
    ☑ Yes. Fill out this information for each dependent...........

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | Son | 9 | ☐ No / ☑ Yes |
    | Daughter | 11 | ☐ No / ☑ Yes |
    | | | ☐ No / ☐ Yes |
    | | | ☐ No / ☐ Yes |
    | | | ☐ No / ☐ Yes |

3. Do your expenses include expenses of people other than yourself and your dependents?
    ☑ No
    ☐ Yes

## Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 6I.)

**Your expenses**

4. The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

    4.  $ __758.00__

    If not included in line 4:

    4a. Real estate taxes                                    4a. $ __0.00__
    4b. Property, homeowner's, or renter's insurance         4b. $ __0.00__
    4c. Home maintenance, repair, and upkeep expenses        4c. $ __20.00__
    4d. Homeowner's association or condominium dues          4d. $ __0.00__

Official Form 6J                Schedule J: Your Expenses                page 1

Debtor 1    **ANGEL YAMIL PUIG CABALLERO**    Case number (if known) 3:15-bk-7509
First Name  Middle Name  Last Name

|  |  | Your expenses |
|---|---|---|
| 5. Additional mortgage payments for your residence, such as home equity loans | 5. | $ 0.00 |
| 6. Utilities: |  |  |
| 6a. Electricity, heat, natural gas | 6a. | $ 190.00 |
| 6b. Water, sewer, garbage collection | 6b. | $ 165.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ 50.00 |
| 6d. Other. Specify: Gas | 6d. | $ 20.00 |
| 7. Food and housekeeping supplies | 7. | $ 376.64 |
| 8. Childcare and children's education costs | 8. | $ 45.00 |
| 9. Clothing, laundry, and dry cleaning | 9. | $ 80.00 |
| 10. Personal care products and services | 10. | $ 60.00 |
| 11. Medical and dental expenses | 11. | $ 25.00 |
| 12. Transportation. Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ 320.00 |
| 13. Entertainment, clubs, recreation, newspapers, magazines, and books | 13. | $ 80.00 |
| 14. Charitable contributions and religious donations | 14. | $ 0.00 |
| 15. Insurance. Do not include insurance deducted from your pay or included in lines 4 or 20. |  |  |
| 15a. Life insurance | 15a. | $ 0.00 |
| 15b. Health insurance | 15b. | $ 0.00 |
| 15c. Vehicle insurance | 15c. | $ 0.00 |
| 15d. Other insurance. Specify: | 15d. | $ 0.00 |
| 16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | 16. | $ 0.00 |
| 17. Installment or lease payments: |  |  |
| 17a. Car payments for Vehicle 1 | 17a. | $ 0.00 |
| 17b. Car payments for Vehicle 2 | 17b. | $ 0.00 |
| 17c. Other. Specify: | 17c. | $ 0.00 |
| 17d. Other. Specify: | 17d. | $ 0.00 |
| 18. Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 6I). | 18. | $ 0.00 |
| 19. Other payments you make to support others who do not live with you. Specify: | 19. | $ 0.00 |
| 20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income. |  |  |
| 20a. Mortgages on other property | 20a. | $ 0.00 |
| 20b. Real estate taxes | 20b. | $ 0.00 |
| 20c. Property, homeowner's, or renter's insurance | 20c. | $ 0.00 |
| 20d. Maintenance, repair, and upkeep expenses | 20d. | $ 0.00 |
| 20e. Homeowner's association or condominium dues | 20e. | $ 0.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Official Form 6J    Schedule J: Your Expenses    page 2

| Debtor 1 | **ANGEL YAMIL PUIG CABALLERO** | Case number (if known) **3:15-bk-7509** |
|---|---|---|
| | First Name   Middle Name   Last Name | |

21. Other. Specify: **See Schedule Attached**    21. +$ __165.00__

22. **Your monthly expenses.** Add lines 4 through 21.
    The result is your monthly expenses.    22. $ __2,354.64__

23. **Calculate your monthly net income.**
    23a. Copy line 12 (*your combined monthly income*) from *Schedule I.*    23a. $ __2,504.64__
    23b. Copy your monthly expenses from line 22 above.    23b. −$ __2,354.64__
    23c. Subtract your monthly expenses from your monthly income.
         The result is your *monthly net income*.    23c. $ __150.00__

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**

    For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

    ☑ No.
    ☐ Yes.   None

Official Form 6J       Schedule J: Your Expenses       page 3

IN RE **PUIG CABALLERO, ANGEL YAMIL**                                  Case No. **3:15-bk-7509**
Debtor(s)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Continuation Sheet - Page 1 of 1

| | |
|---|---:|
| Other Expenses (DEBTOR) | |
| **Cleaning Products** | 30.00 |
| **Barber/Beauty (Debtor & Sons)** | 40.00 |
| **Lunch At Work** | 80.00 |
| **Pets** | 15.00 |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE PUIG CABALLERO, ANGEL YAMIL                                Case No. 3:15-bk-7509
             Debtor(s)                                                              (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR   Sch "J"

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __4__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: **October 31, 2015**      Signature: _ANGEL YAMIL PUIG CABALLERO_
                                                                                                    Debtor

Date: _____            Signature: _____
                                                                              (Joint Debtor, if any)
                                                          [If joint case, both spouses must sign.]

---

DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer          Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

Address

Signature of Bankruptcy Petition Preparer                                                                       Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____            Signature: _____

                                                                   (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0104-3<br>Case 15-07509-BKT13<br>District of Puerto Rico<br>Old San Juan<br>Sat Oct 31 12:11:13 AST 2015 | COOP A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 | US Bankruptcy Court District of P.R.<br>Jose V Toledo Fed Bldg & US Courthouse<br>300 Recinto Sur Street, Room 109<br>San Juan, PR 00901-1964 |
| DTOP<br>PO Box 41269 MINILLAS STATION<br>SAN JUAN, PR 00940-1269 | Dept Of Education/neln<br>3015 Parker Rd<br>Aurora, CO 80014-2904 | First Bank Of Puerto Rico<br>PO Box 9146<br>San Juan, PR 00908-0146 |
| Island finance<br>Pob 71504<br>San Juan, PR 00936-8604 | SANTANDER FINANCIAL D/B/A ISLAND FINANCE<br>PO BOX 195369<br>SAN JUAN PR 00919-5369 | Syncb/walmart<br>Po Box 965024<br>Orlando, FL 32896-5024 |
| Thd/cbna<br>Po Box 6497<br>Sioux Falls, SD 57117-6497 | U.S. Department of Education<br>C/O Nelnet<br>3015 South Parker Road, Suite 400<br>Aurora, CO 80014-2904 | ALEJANDRO OLIVERAS RIVERA<br>ALEJANDRO OLIVERAS CHAPTER 13 TRUS<br>PO BOX 9024062<br>SAN JUAN, PR 00902-4062 |
| ANGEL YAMIL PUIG CABALLERO<br>URB SANTA ROSA<br>H 8 SARA STREET<br>CAGUAS, PR 00725-5100 | MONSITA LECAROZ ARRIBAS<br>OFFICE OF THE US TRUSTEE (UST)<br>OCHOA BUILDING<br>500 TANCA STREET SUITE 301<br>SAN JUAN, PR 00901 | ROBERTO FIGUEROA CARRASQUILLO<br>PO BOX 186<br>CAGUAS, PR 00726-0186 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | |
|---|---|
| (d)COOP A/C ORIENTAL<br>PO BOX 876<br>HUMACAO, PR 00792-0876 | End of Label Matrix<br>Mailable recipients 14<br>Bypassed recipients 1<br>Total 15 |