## IN THE UNITED STATES BANKRUPTCY COURT
### District of Puerto Rico

IN RE:

**ANGEL YAMIL PUIG CABALLERO**
**aka ANGEL Y PUIG, aka ANGEL Y PUIG CABALLERO**

**xxx–xx–8934**

Debtor(s)

Case No. **15–07509 BKT**

Chapter **13**

**FILED & ENTERED ON 8/17/16**

### *ORDER*

The motion filed by Debtor requesting an extension of time of 60 days to reply to Firstbank's motion to dismiss (docket #28) is hereby granted Order due by 10/11/2016.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, August 17, 2016 .

Brian K. Tester
United States Bankruptcy Judge